# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**EDWARD F. GRODEN**

*Plaintiff*

v.

Civil Action No.: **1:21-CV-10539-FDS**

**NORTH SHORE NEWS COMPANY, INC.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

North Shore News Company, Inc.
Thomas A. Mulkern, Jr. - Registered Agent
150 Blossom Street
Lynn, MA 01901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Melissa A. Brennan, Esq.
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Arnold Pacho**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021-03-30 15:04:11**, Clerk USDC DMA

Civil Action No.: **1:21–CV–10539–FDS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) North Shore News Company, Inc. c/o Thomas A. Mulkern, Jr., Registered Agent was received by me on (date) April 7, 2021.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Christine Santos (Office Manager), who is designated by law to accept service of process on behalf of (name of organization) North Shore News Co., Inc. c/o Thomas A. Mulkern, Jr., Reg. Agent on (date) April 7, 2021; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

April 14, 2021
*Date*

*Server's Signature*

Mark Ianuzzi, Constable and Disinterested Person
*Printed name and title*

P.O. Box 339, Weymouth, MA 02188
*Server's Address*

Additional information regarding attempted service, etc: