

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

21-10539-FDS

■ ~~Complete~~ items 1, 2, and 3.
■ ~~Print~~ your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

North Shore News Company, Inc
Thomas A. Hultgren
150 Blossom St
Lynn, MA 01901

9590 9402 5629 9308 5122 93

2. Article Number (Transfer from service label)

7012 3050 0000 7256 2703

A. Signature
X  ⟨signature⟩
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
7/13/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Mail~~
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt