

## JOIN US FOR GOOD

UNITED STATES DISTRICT COURT

| | |
|---|---|
| MASSACHUSETTS, SS | DISTRICT OF MASSACHUSETTS |
| | CASE NO. 21-10539 FDS |
| EDWARD F. GRODEN ] | |
| PLAINTIFF, ] | |
| vs. ] | |
| NORTH SHORE NEWS ] | |
| COMPANY, INC ] | ANSWER TO TRUSTEE |
| DEFENDANT, ] | |
| EASTERN BANK, ] | |
| TRUSTEE. ] | |

Eastern Bank, Summoned as trustee for the defendant, Edward F. Groden, in the above-entitled matter, says that at the time of service of the summons upon Eastern Bank on June 28, 2021, it had in its possession, goods, effects or credits in the amount of $85,991.40 that is unconditionally due to the defendant.

Signed under the penalties of perjury by Pamela Castillo, Operations Officer of Eastern Bank, this 12th day of July 2021.

*[signature]*

### Certificate of Service

I, Pamela Castillo, hereby certify that on this date I served a copy of the within summons upon the Plaintiff, Edward F. Groden, by mailing a copy of the same, postage prepaid, this date addressed to Melissa A. Brennan, Feinberg, Dumont & Brennan, 177 Milk Street, Suite 300, Boston, MA 02109, Plaintiff's Attorney and to the defendant.

Date: July 12, 2021

*[signature]*