UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD F. GRODEN, as EXEC. DIRECTOR of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>NORTH SHORE NEWS COMPANY, INC.,<br><br>Defendant,<br><br>and<br><br>EASTERN BANK,<br><br>Trustee. | Case No.: 21-10539 FDS |

## MOTION TO CHARGE TRUSTEE

Now comes the Plaintiff, Edward F. Groden, Executive Director of the New England Teamsters and Trucking Industry Pension Fund, and states that the Trustee, Eastern Bank, has filed an Answer stating that at the time of the service of summons, it was holding the sum of $85,991.40.

WHEREFORE, the Plaintiff moves that the Trustee, Eastern Bank, be charged upon its Answer and ordered to turn over the above funds to Plaintiff, the judgment debtor.

Dated: July 16, 2021

Attorney for Plaintiff,
New England Teamsters and Trucking
Industry Pension Fund

/s/ Melissa A. Brennan
Melissa A. Brennan, Esq.
BBO # 669489
mab@fdb-law.com
Catherine M. Campbell, Esq.
BBO # 549397
cmc@fdb-law.com
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Tel.: (617) 338-1976

## CERTIFICATE OF SERVICE

I, Melissa A. Brennan, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered agents as identified on the Notice of Electronic Filing and hard copies will be sent via First -Class mail to:

| | |
|---|---|
| Thomas A. Mulkern, Jr.<br>North Shore News Company, Inc.<br>150 Blossom Street<br>Lynn, MA 01901 | |
| | |

Dated: July 16, 2021  /s/ Melissa A. Brennan
 Melissa A. Brennan, Esq.