# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

EDWARD F. GRODEN, as EXEC. DIRECTOR   )
of the NEW ENGLAND TEAMSTERS AND   )
TRUCKING INDUSTRY PENSION FUND   )
  )
      Plaintiff,   )
  )     **Case No.: 21−10539 FDS**
v.   )
  )
NORTH SHORE NEWS COMPANY, INC.,   )
  )
  )
      Defendant.   )

### AFFIDAVIT OF MELISSA A. BRENNAN IN SUPPORT
### OF AWARD FOR ATTORNEY'S FEES AND COSTS PURSUANT TO
### SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)

Melissa A. Brennan deposes and says as follows:

1.      I am an attorney with the law office of Feinberg, Dumont & Brennan located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the Supreme Court of the United States. I specialize in litigation under the Employee Retirement Income Security Act of 1974 ("ERISA") and the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"). I have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("the Pension Fund") for the purposes of the above-captioned matter.

2.      The amount of time this office has expended in pursuing collection of delinquent contributions due and owing the Pension Fund from Defendant North Shore News Company, Inc. has been 16.35 hours. Pursuant to financial arrangements made by this office with the Pension Fund, services performed by attorneys in this office for the Pension Fund are charged at the rate of and $375 per hour and services performed by a paralegal are charged at the rate of $200 per hour. Accordingly, the amount of

2

legal fees incurred by the Pension Fund as a result of the work performed is $5,025.00.  The total costs incurred by the Fund amount to $423.48.  A true and accurate copy of the fees and costs is attached hereto.

3.      The total attorneys' fees and costs incurred by the Pension Fund is $5,448.48.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF AUGUST, 2021.

/s/ Melissa A. Brennan
Melissa A. Brennan, Esq.
BBO # 669489
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Tel.: (617) 338-1976
mab@fdb-law.com