## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD F. GRODEN, as EXEC. DIRECTOR of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>NORTH SHORE NEWS COMPANY, INC.,<br><br>Defendant. | Case No.: 21−10539 FDS |

## JUDGMENT

Defendant North Shore News Company, Inc., having failed to plead or otherwise defend in this action and a default having been entered on July 9, 2021;

Now, upon application of Plaintiff and affidavits demonstrating that Defendant owes Plaintiff the principal sum of $70,334.22 for the period of November 2020 through March 2021, that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $5,448.48;

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant North Shore News Company, Inc., the principal amount of $70,334.22, with attorneys' fees and costs in the amount of $5,448.48, interest in the amount of $2,058.35 and liquidated damages in the amount of $14,066.84 for a total judgment of $91,907.89 with interest as provided by law.

By the Court,

/s/ Taylor Halley
DEPUTY CLERK

DATED:   09/30/21

NOTE: The post judgment interest rate effective this date is   0.08   %.